UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON PEARSON<br><br>Plaintiff,<br><br>v.<br><br>THE LOS ANGELES COUNTY SHERIFF'S DEPARTMENT, et al.,<br><br>Defendants. | Case No. 2:18-09065 SB (ADS)<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings and all the records and files herein, including the Report and Recommendation ("R&R") dated October 20, 2020 [Dkt. No. 44], of the assigned United States Magistrate Judge.  No objections to the Report and Recommendation were filed, and the deadline for filing such objections has passed.

Accordingly, IT IS HEREBY ORDERED:

1. The United States Magistrate Judge's Report and Recommendation, [Dkt. No. 44], is accepted;

2. Defendant's Motion to Dismiss [Dkt. No. 32] is denied; and

3. Defendant is ordered to file an answer within 30 days of this Order.

DATED: November 28, 2020

_____
STANLEY BLUMENFELD, JR.
United States District Judge