FILED
CLERK, U.S. DISTRICT COURT

January 6, 2022

CENTRAL DISTRICT OF CALIFORNIA
BY: ___VPC___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON PEARSON, | Case No. 2:18-09065 SB (ADS) |
| Plaintiff, | |
| v. | ORDER ACCEPTING UNITED STATES MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND SETTING EVIDENTIARY HEARING |
| LOS ANGELES COUNTY, | |
| Defendant. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Complaint, [Dkt. No. 11], Defendant Los Angeles County's Motion for Summary Judgment, or in the Alternative, Summary Adjudication, [Dkt. No. 54], Defendant's Notice of Non-Opposition Reply to County's Motion for Summary Judgment, or in the Alternative, Summary Adjudication, [Dkt. No. 56], the Report and Recommendation of United States Magistrate Judge ("Initial Report"), [Dkt. No. 58], and the Supplemental Report and Recommendation of United States Magistrate Judge ("Supplemental Report") [Dkt. No. 61]. The Court has also reviewed Plaintiff's October 25, 2021 letter,

[Dkt. No. 59], as well as Defendant's Objection to Supplemental Report and Recommendation ("Objections"), [Dkt. No. 62], and has engaged in a de novo review of those portions of the Initial and Supplemental Reports to which objections have been made.

Defendant's Objections are overruled. Defendant requests both that the Court take the motion for summary judgment under submission, and also that it issue an order granting the parties leave to submit additional evidence. However, Defendant fails to refute the reasoning set forth in the Supplemental Report in any manner that would justify Defendant's requested relief. Instead, Defendant focuses its arguments on Plaintiff's letter, whereas the Supplemental Report relies on Plaintiff's testimony, which Defendant itself filed with its motion. Furthermore, Defendant does not cite to any binding law or facts that justify its request for leave to reopen discovery and to supplement its motion at this stage, particularly in light of Defendant's burden as the moving party. See Fed. R. Civ. P. 56.

The Supplemental Report concludes that a genuine issue of material fact exists as to whether the administrative remedy was functionally unavailable to Plaintiff. [Dkt. No. 61, p. 5]. This issue is properly addressed in an evidentiary hearing, which the Court will hold on March 14, 2022 at 8:30 a.m. See Albino v. Baca, 747 F.3d 1162, 1168 (9th Cir. 2014) ("If summary judgment is not appropriate, the district judge may decide disputed questions of fact in a preliminary proceeding.").

Accordingly, IT IS HEREBY ORDERED:

1. The Report and Recommendation of United States Magistrate Judge [Dkt. No. 58] and Supplemental Report and Recommendation [Dkt. No. 61] are accepted;

2. Defendant's Motion for Summary Judgment, or in the Alternative, Summary Adjudication [Dkt. No. 54] is denied;

3. The reference to the Magistrate Judge is vacated and all further proceedings are permitted before the undersigned United States District Judge; and

4. **The Court SETS an evidentiary hearing on March 14, 2022 at 8:30 a.m.** to determine whether Plaintiff has exhausted his administrative remedies. The Court by separate order will issue a writ of habeas corpus ad testificandum to procure Plaintiff's appearance by videoconference at the hearing. Plaintiff is cautioned that a willful failure to appear will result in dismissal of his case.

Dated: January 6, 2022

Stanley Blumenfeld, Jr.
United States District Judge