JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON PEARSON,<br><br>Plaintiff,<br><br>v.<br><br>LOS ANGELES COUNTY and LOS ANGELES COUNTY SHERIFF'S DEPARTMENT,<br><br>Defendants. | Case No. 2:18-cv-09065-SB-ADS<br><br>**FINAL JUDGMENT** |

For the reasons set forth in the separate order of dismissal entered this day, it is

ORDERED AND ADJUDGED that Plaintiff Aaron Pearson's claims against Defendants Los Angeles County and Los Angeles County Sheriff's Department are DISMISSED without prejudice for Plaintiff's failure to exhaust his administrative remedies.

This is a Final Judgment.

Dated: March 14, 2022

Stanley Blumenfeld, Jr.
United States District Judge